IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ELDORA BOGES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:21-CV-3254-SDG-JSA |
| MOUNTAIN RUN SOLUTIONS, LLC, | : | |
| | : | |
| Defendant. | : | |

## O R D E R

Plaintiff Eldora Boges filed the above-captioned action on August 10, 2021.

On November 3, 2021, Plaintiff filed a Declaration of Service [5] indicating that

Defendant Mountain Run Solutions, LLC, was served on October 26, 2021, and that

the deadline for Defendant to respond to the Complaint was November 16, 2021.

*See* Declaration of Service [5]; Fed. R. Civ. P. 12(a)(1)(A)(i). As of this date,

however, the deadline has passed and Defendant has not filed an answer or other

response to the Complaint, nor has Plaintiff requested an entry of default under

Rule 55(a) of the Federal Rules of Civil Procedure.

Accordingly, Plaintiff is **ORDERED** to file an appropriate motion to dispose

of this case, or otherwise to **SHOW CAUSE** in writing why this action should not

be dismissed for want of prosecution, within **twenty-one (21) days** after the date of

this Order. *See* LR 41.3A(2), NDGa. If all of Plaintiff's claims in this action have

been settled, Plaintiff may file a notice of dismissal under Rule 41(a)(1)(A)(i), or Plaintiff may file a notice of settlement informing the Court when she anticipates that a notice of dismissal will be filed.

      **IT IS SO ORDERED** this 19th day of November, 2021.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE