**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Eldora Boges,                    )<br>                                          )<br>        Plaintiff,              )<br>                                          )<br>v.                                      )<br>                                          )<br>Mountain Run Solutions, LLC, )<br>                                          )<br>        Defendant.            ) | Civil Action File No.:<br>1:21-cv-03254-SDG-JSA |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Eldora Boges, by and through undersigned counsel, hereby dismisses this action against Defendant **without prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted this 16th day of February, 2022.

>  **BERRY & ASSOCIATES**
>
> */s/ Matthew T. Berry*
> Matthew T. Berry
> Georgia Bar No.: 055663
> matt@mattberry.com
> Telephone: (404) 235-3334
> 2751 Buford Highway, Suite 600
> Atlanta, GA 30324
>
> *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2022, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Defendant, via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Mountain Run Solutions, LLC<br>
Brian Fuller<br>
313 East 1200 S.<br>
Orem, Utah 84058

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*Counsel for Plaintiff*